IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 10-CR-5-bbc |
| | ) |
| JAVIER JIMENEZ-ALEMAN, | ) |
| | ) |
| Defendant. | ) |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Western District of Wisconsin hereby dismisses, without prejudice, the indictment pending against defendant JAVIER JIMENEZ-ALEMAN. The defendant will be turned over to the custody of the U.S. Department of Homeland Security, Immigration and Customs Enforcement for deportation proceedings.

Dated this 14th day of January 2010.

Respectfully submitted,

/s/
STEPHEN P. SINNOTT
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

Barbara B Crabb
BARBARA B. CRABB
United States District Judge

Dated: January 14, 2010